IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WAYNE DICKS,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE CITY OF OMAHA; DONALD KLEINE, Individually and as Douglas County Attorney; MANDEE KAMPBELL, Individually and as a Sergeant for the Omaha Police Department; DAVID KIRK, Individually and as an Officer of the Omaha Police Department; and RICHARD PORTERA, Individually and as an Officer of the Omaha Police Department,<br><br>　　　　　　　Defendants. | NO. 8:24-CV-174<br><br><br>**ORDER DISMISSING DEFENDANT RICHARD PORTERA** |

On February 21, 2025, the Court dismissed the City of Omaha, Donald Kleine, Mandee Kampbell, and David Kirk from plaintiff Wayne Dicks's Complaint. Filing 20. The Court also notified Dicks that absent a motion for extension of time for leave to serve defendant Richard Portera demonstrating good cause and filed within seven days from the date of the Court's Order, his claims against Officer Portera would be dismissed pursuant to Federal Rule of Civil Procedure 4(m). Filing 20. Dicks has since failed to move for an extension of time for leave to serve Officer Portera. Accordingly,

　　　IT IS ORDERED that

　　　1.　　Defendant Richard Portera is dismissed; and

2. Dicks's Complaint, Filing 1, is dismissed in full.

Dated this 11th day of March, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge